IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN KELLY, : | |
|         Plaintiff : | |
| : | |
| vs. : | |
| : | |
| GEISINGER D/B/A GEISINGER HOLY : | CIVIL ACTION NO.: |
| SPIRIT HOSPITAL; GEISINGER : | 1:20-cv-01450-YK |
| HEALTH PLAN, INC.; HOLY SPIRIT : | |
| HEALTH SYSTEM, : | |
|         Defendants. : | |

## STIPULATION TO THE DISMISSAL OF DEFENDANTS GEISINGER HEALTH PLAN, INC., AND DEFENDANT HOLY SPIRIT HEALTH SYSTEM

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, Maureen Kelly, ("Plaintiff"), and Geisinger d/b/a Geisinger Holy Spirit Hospital, Geisinger Health Plan, Inc., and Holy Spirit Health System (collectively "Geisinger" or "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to the following:

**WHEREAS**, for the purposes of this immediate action, the Parties agree that Plaintiff was solely employed by Defendant Geisinger d/b/a Geisinger Holy Spirit Hospital; Plaintiff was not employed by Defendant Geisinger Health Plan, Inc., or Defendant Holy Spirit Health System.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, that Plaintiff's Complaint, as pled against Defendant Geisinger Health Plan, Inc. and

Defendant Holy Spirit Health System, is dismissed without prejudice, with each party to bear its respective fees and costs.

**AGREED TO BY:**

By: **HKM Employment Attorneys LLP**
 */s/ Stephanie L. Solomon*
Stephanie L. Solomon, Esq. (PA 208056)
220 Grant Street, Suite 401
Pittsburgh, PA 15219
Telephone: (412)760-7802
e-mail: ssolomon@hkm.com
*Attorneys for Plaintiff*

By: **Buchanan Ingersoll & Rooney PC**
 */s/Anthony (T.J.) Andrisano*
Anthony (T.J.) Andrisano, Esq. (PA 201231)
Christopher R. Amthor, Esq. (PA 319154)
409 North Second Street, Suite 500
Harrisburg, PA  17101
Telephone: (717) 237-4800
Fax: (717) 233-0852
e-mail:  anthony.andrisano@bipc.com
e-mail:  christopher.amthor@bipc.com
*Attorneys for Defendants*

Dated:  December 7, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing was transmitted to the Court electronically for filing and service upon the following party(ies) this 7th day of December, 2020:

Stephanie L. Solomon, Esq.
HKM Employment Attorneys LLP
220 Grant Street, Suite 401
Pittsburgh, PA  15219
ssolomon@hkm.com
*Attorney for Plaintiff*

Respectfully submitted,

By: /s/Anthony (T.J.) Andrisano
Anthony (T.J.) Andrisano, Esq. (PA 201231)
Christopher R. Amthor, Esq. (PA 319154)
409 North Second Street, Suite 500
Harrisburg, PA  17101
Telephone: (717) 237-4800
Fax: (717) 233-0852
e-mail:  anthony.andrisano@bipc.com
e-mail:  christopher.amthor@bipc.com
*Attorneys for Defendants*

Dated:  December 7, 2020